| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 1:00-CR-00548-01 MHS |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 3:06-CR-45-J-20MCR |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Dexter L. McSwain | Northern District of Georgia | Atlanta |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Marvin H. Shoob | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 07/19/2004 — TO 07/18/2007 |

**OFFENSE**

Conspiracy to Possess Stolen Mail [18 USC § 1708], to Possess Stolen Treasury Checks [18 USC § 510(b)], to Traffic in Stolen Credit Cards [18 USC § 1029(a)(2)], to Produce False Identification [18 USC § 1028(a)(1)], to Commit Bank Fraud [18 USC § 1344], and to Use False Identification [18 USC § 1028(a)(7)], all in violation of 18 USC § 371

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____   _____
Date                         Honorable Marvin H. Shoob
                             United States District Judge

*This sentence may be deleted at the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2-16-06                       _____
Effective Date                Honorable Harvey Schlesinger
                              United States District Judge

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 1:00-CR-00548-01 MHS |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 3:06-cr-45-J-20mcr |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Dexter L. McSwain | Northern District of Georgia | Atlanta |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Marvin H. Shoob | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 07/19/2004 — TO 07/18/2007 |

**OFFENSE**

Conspiracy to Possess Stolen Mail [18 USC § 1708], to Possess Stolen Treasury Checks [18 USC § 510(b)], to Traffic in Stolen Credit Cards [18 USC § 1029(a)(2)], to Produce False Identification [18 USC § 1028(a)(1)], to Commit Bank Fraud [18 USC § 1344], and to Use False Identification [18 USC § 1028(a)(7)], all in violation of 18 USC § 371

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_1/6/06_    _[signature]_
Date                Honorable Marvin H. Shoob
                    United States District Judge

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_2-16-06_    _[signature]_
Effective Date          Honorable Harvey Schlesinger
                        United States District Judge