FILED

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

2006 NOV 16 P 4: 19

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

DEXTER L. McSWAIN

Case No. 3:06-cr-45-J-20MCR

_____/

## SUPERVISED RELEASE REVOCATION
### and
## JUDGMENT AND COMMITMENT

On November 16, 2006, Frank M. Talbot, Assistant United States Attorney, and the

Defendant, DEXTER L. McSWAIN, appeared in person and with his counsel, James H. Burke, Jr.,

for a hearing on the Petition for Warrant or Summons for Offender Under Supervised Release (Doc.

No. 4, filed September 25, 2006).

The Defendant, having heretofore been convicted on March 22, 2001, in Case No. 1:00-CR-

548-1, Northern District of Georgia, Atlanta Division, of offense charged, to wit: Conspiracy to

commit offenses against the United States, in violation of Title 18 U.S.C., Section 371, as charged

in Count One of the Indictment; and was sentenced to be imprisoned for a term of 60 months; and

was placed on supervised release for a term of three (3) years;

And now the Probation Office of this Court reporting to the Court, and the Court finding that

the Defendant violated the terms of said supervised release, all of which being considered,

**IT IS ORDERED:**

1. The Petition for Warrant or Summons for Offender Under Supervised Release (Doc. No.

4, filed September 25 2006) is **GRANTED**, and the term of supervised release is revoked.

2. The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **five (5) months.** The Court recommends the Community Treatment Center.

3. The Defendant shall report to the designated institution or the United States Marshal no later than 2:00 p.m., Monday, November 20, 2006.

4. Upon release from confinement, the Defendant shall be on supervised release for a term of **31 months,** under the standard conditions listed in the original judgment and the following special conditions:

a. The defendant shall participate, as directed by the Probation Officer, in a program (outpatient and/or inpatient) for treatment of narcotic addiction or drug or alcohol dependency. This program will include testing for the detection of substance use or abuse. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Officer's Sliding Scale for Substance Abuse Treatment Services.

b. The defendant shall provide the probation officer access to any requested financial information.

c. The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, acquisitions or obligating himself for any major purchases without approval of the probation officer.

d.   The defendant shall submit to a search of his person, residence, place of business, any storage units under his control, or vehicle conducted by the probation officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition.

e.   The defendant shall perform 50 hours of community service as directed by the probation officer.

f.   The defendant shall continue to make restitution payments as ordered in the original judgment.

**DONE AND ORDERED** at Jacksonville, Florida, this 16 day of November, 2006.

TIMOTHY J. CORRIGAN
United States District Judge
On behalf of:
HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Frank M. Talbot, Esq.
James H. Burke, Jr., Esq.
United States Marshal (4)
U. S. Bureau of Prisons
U. S. Probation Office